**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7117**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY BUTTS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CR-89-57-N, CA-97-1161-2)

---

Submitted:  January 21, 1999          Decided:  February 9, 1999

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony Butts, Appellant Pro Se.  Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Butts seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Appellant's unverified assertion that he had filed the identical motion on April 3, 1997, is belied by the record. Appellant's § 2255 motion indicated that he had not filed any previous motions for post-conviction relief. In addition, his claim that the untimely motion was a mere copy of the filing he made in April 1997, is refuted by the motion itself which is dated November 24, 1997. Accordingly, we grant leave to proceed in forma pauperis but deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Butts, Nos. CR-89-57-N; CA-97-1161-2 (E.D. Va. May 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED